# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**DANIEL E. HIERONYMUS**                                          **PLAINTIFF**

**v.**                      **Case No. 4:15-cv-121 KGB**

**TINA STRICKLAND, individually**
**and as personal representative of**
**the estate of Tom Strickland**                              **DEFENDANT**

## **JUDGMENT**

In accordance with the Order entered on this date, this action is dismissed without prejudice.

So adjudged this 31st day of July, 2017.

                                                      _/s/ Kristine G. Baker_
                                                      Kristine G. Baker
                                                      United States District Judge